**Opinion issued July 7, 2026**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-25-00963-CR

———————————

**MEAGAN ASHLEY CAMPBELL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

On Appeal from the 174th District Court
Harris County, Texas
Trial Court Case No. 1806919

## MEMORANDUM OPINION

Appellant Meagan Ashley Campbell is attempting to appeal from a judgment of conviction for the offense of injury to a child causing serious bodily injury for which appellant was sentenced to eight years' incarceration in the Correctional Institutions Division of the Texas Department of Criminal Justice. *See* TEX. PENAL

CODE § 22.04(a)(1). The judgment of conviction was signed on September 29, 2025. Appellant filed a pro se notice of appeal on November 4, 2025. We dismiss the appeal.

Appellant lacks the right to appeal. The clerk's record indicates that appellant pleaded guilty without an agreement as to punishment but in exchange for the state's agreement to recommend a cap of 30 years' incarceration. Because the State agreed to cap punishment, this is a plea-bargain case. *See Shankle v. State*, 119 S.W.3d 808, 813 (Tex. Crim. App. 2003). The trial court's certification of defendant's right of appeal certified that appellant had no right of appeal because this was a plea-bargain case. Because appellant has no right of appeal, we must dismiss the appeal for lack of jurisdiction. *See Chavez v. State*, 183 S.W.3d 675, 680 (Tex. Crim. App. 2006).

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 43.2(f). Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Caughey, Johnson, and Dokupil.

Do not publish. TEX. R. APP. P. 47.2(b).